IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JESUS GODINEZ-CONTRERAS,<br><br>            Defendant. | 8:20CR317<br><br>ORDER |

      This matter is before the court on the motion of Assistant Federal Public Defender Yvonne D. Sosa and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Jesus Godinez-Contreras. (Filing No. 24). Yvonne D. Sosa represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Yvonne D. Sosa's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 24) is granted.

      James J. Regan, 6035 Binney Street, Omaha, NE 68104, (402) 341-2020, is appointed to represent Jesus Godinez-Contreras for the balance of these proceedings pursuant to the Criminal Justice Act. Yvonne D. Sosa shall forthwith provide James J. Regan with the discovery materials provided the defendant by the government and such other materials obtained by Yvonne D. Sosa which are material to Jesus Godinez-Contreras' defense.

      The clerk shall provide a copy of this order to James J. Regan and the defendant.

**IT IS SO ORDERED.**

Dated this 4th day of February, 2021.

                                                                BY THE COURT:

                                                                s/ Susan M. Bazis<br>
                                                                United States Magistrate Judge