# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JESUS GODINEZ-CONTRERAS and ) <br> SALVADOR RODRIGUEZ-PORTILLO, ) <br> ) <br> Defendant. | 8:20CR317 <br><br><br> ORDER |

This matter is before the court on defendant Jesus Godinez-Contreras' Unopposed Motion to Continue Trial [111]. Counsel needs additional time to meet with his client and prepare for trial. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [111] is granted, as follows:

1. The jury trial, **for both defendants**, now set for August 9, 2021 is continued to **October 5, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 5, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** July 27, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge