IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR317 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **JESUS GODINEZ-CONTRERAS and** | ) | |
| **SALVADOR RODRIGUEZ-PORTILLO,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendant, Salvador Rodriguez-Portillo's Unopposed Motion to Continue Trial [121]. Counsel needs additional time to review discovery, conduct investigation, and prepare for trial or negotiate a plea agreement. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [121] is granted, as follows:

1. The jury trial, **for both defendants**, now set for January 3, 2022, is continued to **April 4, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 4, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **December 23, 2021.** The objecting party must comply with all requirements of NECrimR 59.2.

4. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED:** December 16, 2021.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**